Argued June 26, affirmed July 5, reconsideration denied August 16, petition for review denied September 8, 1978

WOOD, *Petitioner,*

*v.*

STATE ACCIDENT INSURANCE FUND,
*Respondent.*

(No. 77-224, CA 10100)

580 P2d 219

William Bradley Duncan, Forest Grove, argued the cause and filed the brief for petitioner.

K. R. Maloney, Chief Counsel, James A. Blevins, Chief Trial Counsel, and James P. Cronan, Jr., Associate Counsel, State Accident Insurance Fund, Salem, filed the brief for respondent.

Before Schwab, Chief Judge, and Thornton and Buttler, Judges.

PER CURIAM.

Affirmed. *Uris v. Compensation Department,* 247 Or 420, 427 P2d 753, 430 P2d 861 (1967).